**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
IN RE:

FRANK OCCHIPINTI,                                            Case No.: 18-22690-rdd

                    Debtor,

                                                        Adv. Pro. No.: 18-08269-shl
-----------------------------------------------------------------------X
FRANK OCCHIPINTI,

                    Plaintiff,                                **ORDER**

        -against-

PNC MORTGAGE,
A DIVISION OF PNC BANK, NA,

                    Defendant.
-----------------------------------------------------------------------X

       **WHEREAS**, in the above captioned Adversary Proceeding, by Notice of Motion, dated October 17, 2019, Defendant, PNC Mortgage, A Division of PNC Bank, NA, moved before this Court seeking an Order granting summary judgment;

       **WHEREAS**, in the above captioned Adversary Proceeding, by Notice of Cross Motion, dated November 14, 2019, Plaintiff, Frank Occhipiniti, moved before this Court seeking an Order granting summary judgment;

       **NOW**, based on the record before the Court and for the reasons set forth on the record on January 27, 2021, it is therefore hereby

       **ORDERED**, both Defendant's Notice of Motion and Plaintiff's Notice of Cross Motion are denied; and it is further

**ORDERED**, that the parties shall meet and confer (virtually) within 14 days of this Order about how best to move the case forward to conclusion and thereafter shall contact chambers to schedule a status conference to be held within 45 days of this Order.

Dated:    February 17, 2021

                                              */s/ Sean H. Lane*
                                              United States Bankruptcy Judge